| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MATTHEW C. BOCKMON, #161566 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorneys for Defendant |
| | JIMMY LEE RIDER |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:17-cr-204 MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE; SET FOR CHANGE OF PLEA |
| v. | ) | AND TO EXCLUDE TIME; ORDER |
| | ) | |
| JIMMY LEE RIDER, | ) | Date: March 15, 2018 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Hon. Morrison C. England, Jr. |
| | ) | |

By this stipulation, defendant, Jimmy Lee Rider, now moves to vacate the status conference and set the matter for change of plea on March 22, 2018 at 10:00 a.m., and to exclude time between March 15, 2018 and March 22, 2018 under local code T4.

The reasons for the continuance is that defense requires additional time in advance of the change of plea to investigate the facts, and to conduct further legal.

Counsel for defendant believes that the failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The government does not object to the continuance.

Based upon the foregoing, time under the Speedy Trial Act should be excluded from March 15, 2018, through and including March 22, 2018, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4 because it results from a continuance granted by the Court at defendant's request for continuity of counsel and

Stipulation to Continue Status Conference                -1-

defense preparation, on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

DATED: March 12, 2018                    Respectfully submitted,

                                         HEATHER E. WILLIAMS
                                         Federal Defender

                                         */s/ Matthew C. Bockmon*
                                         MATTHEW C. BOCKMON
                                         Assistant Federal Defender
                                         Attorney for DENNA CHAMBERS

DATED: March 12, 2018                    MCGREGOR W. SCOTT
                                         United States Attorney

                                         */s/ Cameron Desmond*
                                         CAMERON DESMOND
                                         Assistant United States Attorney
                                         Attorney for Plaintiff

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, hereby adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and the defendants in a speedy trial.

Time from March 15, 2018, up to and including March 22, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and(B)(iv) [reasonable time for defense counsel to prepare] and General Order 479, (Local Code T4) [defense counsel's preparation]. It is further ordered the March 15, 2018 status conference shall be vacated and a change of plea set for March 22, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: March 13, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE