KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
916 Street, 2nd Floor
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
ANTHONY ELLIS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ANTHONY ELLIS.<br><br>　　　　Defendants. | No. 17-CR-00204-MCE<br><br>STIPULATION AND<br>ORDER CONTINUING CASE AND<br>EXCLUDING TIME<br><br>Date:　March 14, 2019<br>Time:　9:00 am.<br>Judge:　Honorable Morrison C. England, Jr. |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Cameron Desmond, Assistant United States Attorney, attorney for plaintiff, and Kyle Knapp, attorney for defendant Anthony Ellis that the previously-scheduled status conference, currently set for February 21, 2019, be vacated and that the matter be set for status conference on March 14, 2019 at 9:00 a.m.

Mr. Ellis recently appeared in this jurisdiction to face the charges against him and initial discovery was provided to counsel on December 20, 2018. Counsel have conferred and this continuance is requested to explore potential motions, evaluate the volume of received discovery in this case, meet with his client and further investigate possible defenses.

1    IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a
2 continuance outweigh the best interests of the public and the defendant in a speedy trial and that
3 time within which the trial of this case must be commenced under the Speedy Trial Act should
4 therefore be excluded under 18 U.S.C. Section 3161(h)(7)(A), (B) (iv), corresponding to Local
5 Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation,
6 February 19, 2018, up to and including March 14, 2019.
7 IT IS SO STIPULATED.

Dated: February 19, 2019                    McGREGOR W. SCOTT
                                            UNITED STATES ATTORNEY

                                    by:     /s/ Cameron Desmond
                                            CAMERON DESMOND
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

Dated:  February 19, 2019                   /s/ Kyle R. Knapp
                                            KYLE KNAPP
                                            Attorney for Defendant
                                            ANTHONY ELLIS

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED.  This matter shall be dropped from this court's February 21, 2019 criminal calendar and re-calendared for status conference on March 14, 2019.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.  Time is excluded from the time of the filing of this stipulation on February 19, 2019, through and including March 14, 2019.

IT IS SO ORDERED.

Dated:  February 20, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE